November 25, 2009

Mr. Samuel T. Jackson
Law Office of Samuel T. Jackson
P. O. Box 170633
Arlington, TX 76003

Ms. Sandra Denise Broden
400 South Laurel Springs Dr.
DeSoto, TX 75115

Honorable Patricia Lynn Cherry
301st Judicial District Court
600 Commerce, Ste. 340
Dallas, TX 75202

Mr. John B. Worley
Office of the Attorney General
P.O. Box 12017 (M 038-1)
Austin, TX 78711

Mr. Michael D. Becker
Office of the Attorney General
Mail Code 038-01
P. O. Box 12017
Austin, TX 78711-2017
Ms. Rande K. Herrell
Office of the Attorney General of Texas
Child Support Division, MC 038-1
P.O. Box 12017
Austin, TX 78711-2017

Sheriff Lupe Valdez
Dallas County Sheriff's Department
Frank Crowley Courts Bldg.
133 N. Industrial LB 31, 1st Floor
Dallas, TX 75207-4313

Mr. Deterrean Gamble
Office of the Attorney General
P.O. Box 12017, Capitol Station
Austin, TX 78711-2017

Mr. John Beauduy
Assistant Attorney General
Child Support Field Offc. 407
10260 N. Central Expy., Ste. 210
Dallas, TX 75231

RE: Case Number: 09-0971
 Court of Appeals Number: 05-09-01386-CV
 Trial Court Number: DF-99-20124-T

Style: IN RE JULIUS G. TALTON

Dear Counsel:

 Today the Supreme Court of Texas abated the petition for writ of
habeas corpus and issued the enclosed abatement order in the above-
referenced case.
 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk

Enclosure
|cc:|Mr. Gary |
| |Fitzsimmons |
| |Ms. Lisa Matz |